May 28, 1907, which affirmed an order of Special Term denying a motion for the revocation of a liquor tax certificate.

*Daniel A. Reed* and *H. Walter Lee* for appellant.

*Henry W. Killeen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.

---

EDITH C. STEIN, Respondent, *v.* JAMES DUNNE, Appellant.

*Stein* v. *Dunne,* 119 App. Div. 1, affirmed.
(Argued November 18, 1907; decided December 3, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1907, which reversed a judgment of Special Term sustaining defendant's demurrer to the reply and dismissing the complaint and overruled such demurrer.

The following question was certified: "Are the plaintiff's several replies to the affirmative defenses set out in the defendant's answer sufficient in law upon the face thereof?"

*H. V. Rutherford* and *Morgan J. O'Brien* for appellant.

*Charles Goldzier* and *Louis J. Vorhaus* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER and CHASE, JJ. Dissenting: VANN and WILLARD BARTLETT, JJ. Absent: O'BRIEN, J.